IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00278-KDB-DCK

| | |
|---|---|
| SUSAN DARLENE MCKINNEY,<br><br>Plaintiffs,<br><br>v.<br><br>KILOLO KIJAKZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 15), Defendant's Motion for Summary Judgment (Doc. No. 20) and Magistrate Judge David Keesler's Memorandum and Recommendation ("M&R"), (Doc. No. 23), which recommends that Plaintiff's motion be granted; that Defendant's motion be denied; that the Commissioner's decision be vacated; and that the case be remanded for further consideration. No party has filed an objection to the M&R, and the time for doing so has expired. Fed. R. Civ. P. 72(b)(2).

## I. BACKGROUND

There has been no objection to the Magistrate Judge's statement of the factual and procedural background of this case. Therefore, the Court adopts the facts as set forth in the M&R. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985) (explaining the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge to which no objections have been raised).

1

## II. STANDARD OF REVIEW

A district court may designate a magistrate judge to "submit to a judge of the court proposed findings of fact and recommendations for the disposition" of dispositive pretrial matters, including motions to dismiss. 28 U.S.C. § 636(b)(1). Any party may object to the magistrate judge's proposed findings and recommendations, and the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). However, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" and need not give any explanation for adopting the M&R. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005); *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). After reviewing the record, the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

## III. DISCUSSION

Having carefully reviewed the Magistrate Judge's M&R, the relevant portions of the record and applicable legal authority, this Court is satisfied that there is no clear error as to the M&R, to which no objection was made. *Diamond,* 416 F.3d at 315. Accordingly, this Court finds that it should adopt the findings and recommendations set forth in the M&R as its own solely for the purpose of deciding this Motion, Plaintiff's should be granted; Defendant's motion should be denied; the Commissioner's decision should be vacated; and the case should be remanded for further consideration.

## ORDER

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's motion for summary judgment (Doc. No. 15) is granted;

2. Defendant's motion for summary judgment (Doc. No. 20) is denied;

3. The Commissioner's decision is vacated; and

4. The case is remanded for further consideration by the Commissioner.

**SO ORDERED ADJUDGED AND DECREED**.

Kenneth D. Bell
United States District Judge

Signed: August 24, 2022